■ WILLIAM KINSMAN, JR., Respondent, v ROYAL INDEMNITY COMPANY, Appellant. [678 NYS2d 543] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied defendant's motion for summary judgment. Defendant established its initial entitlement to judgment as a matter of law by submitting proof in admissible form that plaintiff failed to comply with a condition precedent under the underinsured motorist's coverage of the insurance policy (*see, Sulner v G.A. Ins. Co.,* 224 AD2d 205, 205-206, *lv denied* 88 NY2d 805; *see also, Oppenheimer & Co. v Oppenheim, Appel, Dixon & Co.,* 86 NY2d 685, 688, 690-691). Plaintiff, however, raised an issue of fact whether defendant waived the condition precedent (*cf., Sulner v G.A. Ins. Co., supra,* at 206). (Appeal from Order of Supreme Court, Erie County, Michalek, J.—Summary Judgment.) Present—Denman, P. J., Pine, Hayes, Pigott, Jr., and Balio, JJ.